UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>RASSINI BRAKES, LLC,<br><br>    Defendant. | Case No. 25-cv-11814<br><br>Honorable Robert J. White |

**STIPULATED ORDER TO STAY CASE AND TO TOLL THE STATUTE OF LIMITATIONS OF FLSA COLLECTIVE MEMBERS**

Plaintiff Willie Jones, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant, Rassini Brakes, LLC, ("Defendant") hereby stipulate and agree to stay the case deadlines and attempt to mediate this case based on the following:

WHEREAS, on June 17, 2025 Plaintiffs filed a Collective Action Complaint (ECF 1) asserting claims for violations of the Fair Labor Standards Act;

WHEREAS, Defendant's responsive pleading to Plaintiffs' Collective Action Complaint is due July 24, 2025;

WHEREAS, the Parties have recently and actively engaged in discussing early resolution of this dispute;

WHEREAS, the Parties have agreed to participate in mediation with a third-party mediator to explore collective-wide resolution of Plaintiffs' claims;

WHEREAS, the Parties desire to promote judicial efficiency and avoid the expense and resources associated with actively litigating this matter or seeking extensions while there are ongoing, good-faith discussions toward a potential resolution of the matter, and;

WHEREAS, to mitigate the risk of potential prejudice to putative opt-in plaintiffs who have yet to receive notice, the Parties are agreeable to tolling the applicable statute of limitations period while settlement efforts continue.

THEREFORE, upon the stipulated agreement of the Parties, the Court Orders as follows:

1. All case deadlines are stayed for 120 days to allow the Parties to prepare for and participate in mediation; and

2. The limitations period for all putative collective action members shall be tolled between July 17, 2025 and the date the Parties file a notice advising the Court of the outcome of mediation.

SO ORDERED.

Dated: July 22, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

| SOMMERS SCHWARTZ, P.C. | BARNES & THORNBURG LLP |
|---|---|
| */s/ Jesse L. Young* | */s/ Mark W. Wallin* |
| Jesse L. Young (P72614) | Mark W. Wallin |
| 141 E. Michigan Avenue, Suite 600 | One N. Wacker Drive, Suite 4400 |
| Kalamazoo, Michigan 49007 | Chicago, Illinois 60606 |
| P: (269) 250-7500 | P: (312) 214-4591 |
| jyoung@sommerspc.com | mark.wallin@btlaw.com |
| | |
| Ethan C. Goemann | Benjamin S. Perry |
| One Town Square, 17th Floor | 201 S. Main Street, Suite 400 |
| Southfield, Michigan 48076 | South Bend, Indiana  46601 |
| P: (248) 746-4050 | P: (574) 237-1239 |
| egoemann@sommerspc.com | benjamin.perry@btlaw.com |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |
| | Dated:  July 18, 2025 |
| Dated:  July 18, 2025 | |