# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIE JONES, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No: 2:25-cv-11814 |
| v. | Hon. Robert J. White |
| RASSINI BRAKES, LLC, a Michigan limited liability company, | Mag. Anthony P. Patti |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed *without* prejudice against Defendant. Defendant has not served an answer or motion for summary judgment.

Date: December 23, 2025

Respectfully submitted,

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
**SOMMERS SCHWARTZ, P.C.**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

        Ethan C. Goemann (GA #326816)
        **SOMMERS SCHWARTZ, P.C.**
        One Town Square, 17th Floor
        Southfield, Michigan 48076
        (248) 746-4050
        egoemann@sommerspc.com